

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2016

No. 04-15-00594-CR

Bo Jett **LITTLETON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10770
Honorable Melisa Skinner, Judge Presiding

# O R D E R

On June 23, 2016, appellant's appointed appellate counsel, Mr. Pat Montgomery, filed a brief in accordance with *Anders v. California,* 386 U.S. 738 (1967). Mr. Montgomery provided appellant with a copy of the brief and informed him of his right to review the record and file his own brief or to retain replacement counsel. *See Nichols v. State,* 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State,* 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). On July 11, 2016, Mr. Montgomery filed a motion to withdraw in accordance with the *Anders* brief. Thereafter, appellant retained new counsel. Thus, we GRANT the motion to withdraw filed by Mr. Montgomery.

On August 11, 2016, newly retained appellate counsel, Mr. Travis Ketner, filed a notice of appearance and designation of lead counsel as well as a motion for extension of time to file appellant's brief. The motion for extension of time is GRANTED. Appellant's brief is due on or before September 12, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2016.



Keith E. Hottle
Clerk of Court